ISAAC J. WISOFF and SILDORE NOVELTY CORP., Respondents, v. JOSEPH WISOFF and Others, Defendants, and HARRY SLOMOWITZ, NAT SLOMOWITZ, STANDARD CELLULOSE CORPORATION and STANDARD MOSS PRODUCTS, INC., Appellants. (Appeal No. 1.) — Order denying the motion of the four appealing defendants to open their default in appearing for trial, and seeking other relief, affirmed, with

ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.